***E-FILED - 4/15/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REUBEN JOSEPH REYES, | ) | No. C 08-4561 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| vs. | ) ) | |
| ROBERT A. HOREL, et al., | ) ) | (Docket No. 15) |
| Defendants. | ) ) | |

Good cause appearing, defendants are hereby GRANTED an extension of time in which to file a dispositive motion to plaintiff's complaint. Defendants shall file their dispositive motion no later than **May 18, 2009**. Plaintiff shall file an opposition no later than **30 days** after the date defendant's motion is filed. Defendants shall file a reply no later than **15 days** thereafter

This order terminates docket no. 15.

IT IS SO ORDERED.

DATED: 4/14/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Extension of Time to File Dispositive Motion
P:\PRO-SE\SJ.Rmw\CR.08\Reyes561eot.wpd