***E-FILED - 8/25/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN JOSEPH REYES,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT A. HOREL, et al.,<br><br>    Defendants. | No. C 08-4561 RMW (PR)<br><br>ORDER GRANTING DEFENDANT CHADWICK'S MOTION TO CHANGE TIME;  DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Docket Nos. 55, 59, 63) |

After full consideration of defendant Chadwick's Motion to Change Time Re: Filing of Dispositive Motion, and plaintiff's opposition thereto, the court finds that granting the motion would be efficient and concludes that plaintiff will not be prejudiced by granting defendant Chadwick an extension to file his dispositive motion.  As such, the court GRANTS defendant Chadwick's motion and permits defendant Chadwick to join the remaining defendants' dispositive motion, filed on May 18, 2009.

In light of the court granting defendant Chadwick's motion and allowing joinder, plaintiff's request for an entry of default against defendant Chadwick is DENIED.

Plaintiff's motion for extension of time to file an opposition to defendants' motion to dismiss is DENIED as moot.  On July 14, 2009, the court granted plaintiff a 60-day extension to file his opposition.  Accordingly, plaintiff still has until September 14, 2009 to file any opposition.

P:\PRO-SE\SJ.Rmw\CR.08\Reyes561misc.wpd

1     This order terminates docket numbers 55, 59, and 63.

2     IT IS SO ORDERED.

3 DATED:   8/24/09

                                              RONALD M. WHYTE

4                                               United States District Judge