***E-FILED - 9/30/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REUBEN J. REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT A. HOREL, et al.,<br><br>　　　　　Defendants. | No. C 08-4561 RMW (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AS MOOT<br><br>(Docket No. 74) |

Plaintiff has filed an motion for an extension of time in which to file his opposition to defendants' motion to dismiss. In a court order dated September 4, 2009, the court granted plaintiff an extension of time to file his opposition to defendants' motion to dismiss **by October 16, 2009**. Accordingly, plaintiff's motion for an extension of time (docket no. 74) is DENIED as moot.

IT IS SO ORDERED.

DATED:  9/30/09

_____
RONALD M. WHYTE
United States District Judge

Order Denying Plaintiffs Motion for Extension of time to File Opposition to Defendants' Motion to Dismiss as Moot
P:\PRO-SE\SJ.Rmw\CR.08\Reyes561.Deny-EOT.wpd