EDMUND G. BROWN JR.
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5726
  Fax:  (415) 703-5843
  E-mail:  Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Fischer, Harrison, Horel, Terry, Chadwick, and Berkler*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REUBEN J. REYES,**<br><br>                      Plaintiff,<br><br>v.<br><br>**WARDEN ROBERT HOREL, et al.,**<br><br>                      Defendants. | C 08-4561 RMW (PR)<br><br>[~~PROPOSED~~] **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF REUBEN J. REYES, CDCR No. H-82599** |

      Plaintiff, **REUBEN J. REYES, CDCR No. H-82599**, a necessary and material witness in proceedings in this case **beginning on June 8, 2010, at 9:00 a.m.**, is confined at Pelican Bay State Prison in the custody of Warden Derral Adams.  In order to secure this inmate's attendance at the settlement conference scheduled for June 8, 2010 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of Reuben J. Reyes, CDCR No. H-82599, to produce said inmate at **California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on June 8, 2010, at 9:00 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

1

1.     A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Pelican Bay State Prison and the California Department of Corrections and Rehabilitation to produce inmate **REUBEN J. REYES, CDCR No. H-82599**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Pelican Bay State Prison.

2.     The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Pelican Bay State Prison,

**YOU ARE COMMANDED** to produce inmate **REUBEN J. REYES, CDCR No. H-82599**, for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to Pelican Bay State Prison.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

Dated: May 10, 2010

_[signature]_
The Honorable Nandor Vadas
United States Magistrate Judge

SF2009201770
40454455.doc