1. EDMUND G. BROWN JR.
   Attorney General of California
2. JAY C. RUSSELL
   Supervising Deputy Attorney General
3. MICHAEL J. QUINN
   Deputy Attorney General
4. State Bar No. 209542
    455 Golden Gate Avenue, Suite 11000
5.  San Francisco, CA  94102-7004
    Telephone: (415) 703-5726
6.  Fax: (415) 703-5843
    E-mail: Michael.Quinn@doj.ca.gov
7. *Attorneys for Defendants Fischer, Harrison, Horel, Terry, Chadwick, and Berkler*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN J. REYES,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN ROBERT HOREL, et al.,<br><br>　　　　　　　Defendants. | C 08-4561 RMW (PR)<br><br>[~~PROPOSED~~] ORDER VACATING THE MAY 10, 2010 ORDER DIRECTING THE TRANSFER OF PLAINTIFF FROM PELICAN BAY STATE PRISON TO SOLANO STATE PRISON FOR SETTLEMENT PURPOSES |

On May 10, 2010, this Court ordered that Plaintiff Reuben J. Reyes, an inmate incarcerated at Pelican Bay State Prison, be transferred to Solano State Prison in Vacaville, California so that he could attend the June 8, 2010 settlement conference in person. Since the issuance of that order, the Court has been advised that Plaintiff's transfer would create a security risk because Plaintiff is a member of the Northern Structure prison gang and is currently housed in Pelican Bay's security housing unit.

In the interest of safety, the Court VACATES its May 10, 2010 order. The June 8, 2010 settlement conference is rescheduled for July 2, 2010 at Pelican Bay State Prison.

Dated:  6/2/10

IT IS SO ORDERED

Judge Nandor J. Vadas

SF2009201770
40460105.doc

1

[Proposed] Order Vacating Order Directing Transfer (C 08-4561 RMW (PR))