*E-FILED - 8/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REUBEN JOSEPH REYES, | ) | No. C 08-4561 RMW (PR) |
| Plaintiff, | ) ) | ORDER REFERRING CASE TO FEDERAL PRISONER PRO BONO PROJECT |
| vs. | ) ) | |
| ROBERT A. HOREL, et al., | ) ) | (Docket No. 93.) |
| Defendants. | ) ) | |

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action. Plaintiff claimed that defendants violated his right to due process and also were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. On March 24, 2010, the court referred the instant case to the court's Pro Se Prisoner Settlement Program and stayed the case pending settlement proceedings. On June 2, 2010, Judge Vadas reported that the case did not settle. As neither dispositive motions nor settlement proceedings have fully resolved the claims in this case, this matter is ready for trial.

     Because this matter is ready for trial, plaintiff is incarcerated, plaintiff needs the assistance of counsel, and plaintiff requests counsel, the court GRANTS plaintiff's motion for appointment of counsel. The court further orders that:

     a.    plaintiff is hereby referred to the Federal Prisoner Pro Bono Project for location of counsel;

Order Referring Case to Federal Prisoner Pro Bono Project
P:\PRO-SE\SJ.Rmw\CR.08\Reyes561refprobono.wpd

1         b.   upon an attorney being located to represent plaintiff, that attorney shall be
2   appointed as counsel for plaintiff in this matter until further order of the court; and
3         c.   all proceedings in this action are stayed until four weeks from the date an
4   attorney is appointed to represent plaintiff in this action.  Once an attorney is appointed, the
5   court will schedule a status conference to set pretrial and trial dates.  Plaintiff's remaining
6   requests for discovery and extensions of time are denied without prejudice to renewal once an
7   attorney has been appointed.
8      This order terminates docket number 93.
9      IT IS SO ORDERED.
10  DATED:   7/30/10

                                              RONALD M. WHYTE
                                              United States District Judge