1  BRUCE L. SIMON (Bar No. 96241)
      bsimon@pswplaw.com
2  WILLIAM J. NEWSOM (Bar No. 267643)
      wnewsom@pswplaw.com
3  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile:  (415) 433-9008

6  *Attorneys for Plaintiff*
   *REUBEN JOSEPH REYES*

   *E-FILED - 10/12/11*

7

8  KAMALA D. HARRIS
   Attorney General of California
   JAY C. RUSSELL
9  Supervising Deputy Attorney General
   MICHAEL J. QUINN
10 Deputy Attorney General
   State Bar No. 209542
11   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
12   Telephone:  (415) 703-5726
     Fax:  (415) 703-5843
13   E-mail:  Michael.Quinn@doj.ca.gov

14 *Attorneys for Defendants*
   *FISCHER, HARRISON, HOREL, TERRY, CHADWICK, and BERKLER*
15

16                 UNITED STATES DISTRICT COURT

17           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

19 | REUBEN JOSEPH REYES, | CASE NO. C 08-4561 RMW (PR) |
   |---|---|
20 | Plaintiff, | **STIPULATION AND []** <br> **ORDER CONTINUING:** |
21 | vs. | **1. NON-EXPERT DISCOVERY CUT-OFF; AND** |
22 | ROBERT A. HOREL, et al., | **2. RELATED DEADLINES** |
23 | Defendants. | **[Civil Local Rules 6-2 and 7-12]** |
24 | | |
25 | | Honorable Ronald M. Whyte |

1. The following stipulation requests that the Non-Expert Discovery Cut-Off, set for May 30, 2011, and previously requested to be extended by one month to June 30, 2011, and two months to August 30, 2011, now be extended to **October 31, 2011,** and that all related deadlines be continued accordingly.

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Reuben Reyes and Defendants Horel, Terry, Chadwick, Harrison, Fischer, and Berkler, by and through their respective counsel, stipulate and request as follows:

1. WHEREAS, on March 3, 2011 the Court issued a Case Management Scheduling Order (Docket No. 102), setting the Non-Expert Discovery Cut-Off for May 30, 2011;

2. WHEREAS, the parties have diligently pursued discovery matters, but have been delayed by availability and scheduling problems between the parties, the attorneys, and the state prison;

3. WHEREAS, the parties have had delays in document discovery because of the confidential nature of certain documents and the need for protective orders and signatures releasing certain information;

4. WHEREAS, with respect to Civil L.R. 6-2(a)(1), the parties have conferred regarding particular reasons an extension of the deadline is mutually-agreeable, including: a) the parties have noticed depositions, but have been unable to find a mutually agreeable date prior to the discovery cut-off; and b) the parties have arranged for mutually agreeable dates and locations for depositions in the months of September and October.

5. WHEREAS, with respect to Civil L.R. 6-2(a)(2), the previous time

modifications in this action include: a) Defendants' motion to change time for filing a dispositive motion, which was granted by this Court on April 15, 2009 (Docket No. 21); b) a second motion to change time filed by Defendants in order to enable Defendant Chadwick to join Defendants Horel, Berkler, Harrison, and Fischer's Motion for Summary Judgment, granted by this Court on August 25, 2009 (Docket No. 65).); c) a Stipulation and [Proposed] Order Continuing: 1. Non-Expert Discovery Cut-Off; and 2. Related Deadlines (Docket No. 104), filed May 27, 2011; d) a Stipulation and [Proposed] Order Continuing: 1. Non-Expert Discovery Cut-Off; and 2. Related Deadlines (Docket No. 105), filed June 30, 2011; and

6. WHEREAS, with respect to Civil L.R. 6-2(a)(3), a one-month continuance of the Non-Expert Discovery Cut-Off and related deadlines will likely delay the case and trial accordingly, but due to the circumstances cannot reasonably be avoided;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the Non-Expert Discovery Cut-Off to **October 31, 2011** and continue all related deadlines as follows:

| Date | Deadline |
|---|---|
| December 12, 2011 | Last day to complete expert discovery. |
| January 9, 2012 | Last day to meet and confer about clarifying and narrowing issues for trial, potential stipulations of fact, anticipated motions in limine, objections to evidence, jury instructions and possible settlement. |
| January 27, 2012 | Last Day for hearing on dispositive motions. |
| February 10, 2012 | Last day to file joint pretrial statement; last day to file trial briefs, findings of fact, witness lists, designations of discovery excerpts, jury instructions, voir dire and verdict forms, and exhibits. |
| February 24, 2012 | Last day to file motions in limine and objections to |

|   |   |   |
|---|---|---|
| | | evidence. |
| | March 7, 2012 | Last day to file oppositions to motions in limine and objections to evidence. |
| | March 16, 2012 | Last day to file replies to motions in limine and objections to evidence. |
| | March 4; , 2012 | Rretrial conference and hearing on motions in limine. |
| | April ; , 2012 | Trial |

## E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: September 13, 2011        By:   /s/  *William J. Newsom*
                                            PEARSON, SIMON, WARSHAW & PENNY, LLP

                                            *Attorneys for Plaintiff REUBEN JOSEPH REYES*

Dated: September 13, 2011        By:   /s/  *Michael J. Quinn*

                                            *Attorneys for Defendants FISCHER, HARRISON, HOREL, TERRY, CHADWICK, and BERKLER*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/12/11

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge