1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REUBEN J. REYES,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN ROBERT HOREL, et al.,**<br><br>Defendants. | C 08-4561 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT AND MOTION FOR IN CAMERA REVIEW** |

1     On December 23, 2011, Defendants filed a motion under Local Rule 79-5 to seal for

2 seventy-five years confidential exhibits attached to the declaration of P. Terry filed in support of

3 Defendants' renewed summary-judgment motion. Defendants further requested in camera review

4 of these documents. The Court has reviewed Defendants' motion and the declaration filed in

5 support and, good cause appearing, GRANTS Defendants' motion.

6     Accordingly, IT IS ORDERED that the confidential exhibits attached to the declaration of

7 P. Terry submitted in support of Defendants' renewed summary-judgment motion are to be filed

8 under seal in their entirety. Each of the aforementioned documents will be reviewed by the Court

9 in camera and shall not be disclosed to Plaintiff or made part of any public record for seventy-five

10 years.

12 Dated: \_\_\_\_Hgdtwct{'8."4234_____     *Ronald M. Whyte*

13                                                                                              The Honorable Ronald M. Whyte
United States District Judge

15 SF2009201770
40494644.doc

1

[ ] Order Granting Defs.' Admin. Mot. File Docs. Under Seal (C 08-4561 RMW (PR))