IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REUBEN J. REYES,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**WARDEN ROBERT HOREL, et al.,**<br><br>                              Defendants. | C 08-4561 RMW (PR)<br><br>**[] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT AND MOTION FOR IN CAMERA REVIEW** |

1  On December 23, 2011, Defendants filed a motion under Local Rule 79-5 to seal for
2  seventy-five years confidential exhibits attached to the declaration of P. Terry filed in support of
3  Defendants' renewed summary-judgment motion. Defendants further requested in camera review
4  of these documents. The Court has reviewed Defendants' motion and the declaration filed in
5  support and, good cause appearing, GRANTS Defendants' motion.
6  Accordingly, IT IS ORDERED that the confidential exhibits attached to the declaration of
7  P. Terry submitted in support of Defendants' renewed summary-judgment motion are to be filed
8  under seal in their entirety. Each of the aforementioned documents will be reviewed by the Court
9  in camera and shall not be disclosed to Plaintiff or made part of any public record for seventy-five
10 years.

11
12 Dated:  Hgdtwct{'8."4234

 *Ronald M. Whyte*
 The Honorable Ronald M. Whyte
13 United States District Judge

14

15 SF2009201770
 40494644.doc
16

1

[] Order Granting Defs.' Admin. Mot. File Docs. Under Seal (C 08-4561 RMW (PR))