1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@pswplaw.com
2  WILLIAM J. NEWSOM (Bar No. 267643)
     wnewsom@pswplaw.com
3  **PEARSON, SIMON, WARSHAW & PENNY, LLP**
   44 Montgomery Street, Suite 2450
4  San Francisco, California 94104
   Telephone: (415) 433-9000
5  Facsimile:  (415) 433-9008

6  *Attorneys for Plaintiff*
   REUBEN JOSEPH REYES

7

8  KAMALA D. HARRIS
   Attorney General of California
   JAY C. RUSSELL
9  Supervising Deputy Attorney General
   MICHAEL J. QUINN
10 Deputy Attorney General
   State Bar No. 209542
11   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
12   Telephone:  (415) 703-5726
     Fax:  (415) 703-5843
13   E-mail:  Michael.Quinn@doj.ca.gov

14 *Attorneys for Defendants*
   FISCHER, HARRISON, HOREL, TERRY, CHADWICK, and BERKLER
15

16                    **UNITED STATES DISTRICT COURT**

17             **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

18

19 | REUBEN JOSEPH REYES,            | CASE NO. C 08-4561 RMW (PR)

20 |         Plaintiff,              | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL**
21 |    vs.                          | **DATE**

22 | ROBERT A. HOREL, et al.,        | **[Civil Local Rules 6-2 and 7-12]**

23 |         Defendants.             |
                                       Honorable Ronald M. Whyte
24

25

26

27

28

1.   The following stipulation requests that the March 29, 2012 pretrial conference be moved to May 24, 2012, and the April 9, 2012 trial date be moved to June 4, 2012, in order to allow for the Court to issue a ruling on Defendants' renewed summary judgment motion before the parties submit certain pre-trial filings.

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Reuben Reyes and Defendants Horel, Terry, Chadwick, Harrison, Fischer, and Berkler, by and through their respective counsel, stipulate and request as follows:

1.   WHEREAS, on October 12, 2011, the Court issued a Case Management Scheduling Order (Docket No. 111), scheduling the pretrial conference for March 29, 2012, and the trial date for April 9, 2012;

2.   WHEREAS, the Court has not yet issued a ruling on Defendants' renewed summary judgment motion, which was argued on February 17, 2012;

3.   WHEREAS, with respect to Civil L.R. 6-2(a)(1), the parties have conferred regarding particular reasons that moving the April 9, 2012 trial date to June 4, 2012 is mutually-agreeable, including that the scope of the issues to be adjudicated during trial will not be made clear until the Court has ruled on Defendants' summary judgment motion;

4.   WHEREAS, with respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action include:  a) Defendants' motion to change time for filing a dispositive motion, which was granted by this Court on April 15, 2009 (Docket No. 21); b) a second motion to change time filed by Defendants in order to enable Defendant Chadwick to join Defendants Horel, Berkler, Harrison, and Fischer's Motion for Summary Judgment, granted by this Court on August 25, 2009 (Docket No. 65).); c) a Stipulation and [Proposed] Order Continuing: 1. Non-Expert Discovery Cut-Off; and 2. Related Deadlines (Docket No. 104), filed May 27, 2011; d) a Stipulation and [Proposed] Order Continuing: 1. Non-Expert Discovery Cut-Off; and 2. Related Deadlines (Docket No. 105), filed June 30, 2011; e) a Stipulation and [Proposed] Order Continuing: 1. Non-Expert Discovery Cut-Off; and 2. Related Deadlines (Docket No. 110), filed October 12, 2011; Stipulation and [Proposed] Order Continuing Deadline to Respond to

Defendants' Renewed Motion for Summary Judgment (Docket No. 119); and (f) Stipulation and [Proposed] Order Continuing Deadline to Reply to Plaintiff's Opposition to Defendants' Renewed Motion for Summary Judgment (Docket No. 126).

5.   WHEREAS, with respect to Civil L.R. 6-2(a)(3), a continuance of the trial date would delay the trial for less than two months;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that the Court continue the pretrial conference from March 29, 2012 to May 24, 2012, and the trial date from April 9, 2012 to June 4, 2012.  All pretrial filings before the June 4, 2012 trial date will be made in accordance with the "Standing Order re: Pretrial Preparation" filed by this Court on February 24, 2003.

## E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: March 1, 2012           By:  /s/ *William J. Newsom*
                                    PEARSON, SIMON, WARSHAW & PENNY, LLP

                                    *Attorneys for Plaintiff REUBEN JOSEPH REYES*

Dated: March 1, 2012           By:  /s/ *Michael J. Quinn*
                                    Deputy Attorney General

                                    *Attorneys for Defendants FISCHER, HARRISON, HOREL, TERRY, CHADWICK, and BERKLER*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

APPROVED
Ronald M. Whyte
Judge Ronald M. Whyte

The Honorable Ronald M. Whyte
United States District Court Judge

# CERTIFICATE OF SERVICE

Case Name:   **R. Reyes v. R. Horel, et al.**            No.   **C 08-4561 RMW (PR)**

I hereby certify that on **March 1, 2012**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 1, 2012**, at San Francisco, California.

|  D. Criswell  |  *s/ D. Criswell*  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

40539958.doc