IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN J. REYES,<br><br>    Plaintiff,<br><br>    v<br><br>WARDEN ROBERT HOREL,<br><br>    Defendants. | Case No C 08-4561 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held by phone on September 17, 2012. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☐ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Michael Quinn

☐ Other: California Department of Corrections and Rehabilitation

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒  The case has been completely settled.  Therefore, the status conference in this

4  matter presently set for 9/18/12 is hereby VACATED.

5  ☐  The case has been partially resolved and, on or before

6  _____, counsel for defendants shall file a joint stipulation specifying

7  those claims which have been resolved and those that remain to be resolved by the Court.

8  ☐  The parties agree to an additional follow up settlement on

9  _____.

10  ☐  The parties are unable to reach an agreement at this time.

11

12  Date:  September 18, 2012                    _____
                                                 Nandor J Vadas
13                                               United States Magistrate Judge