United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN J. REYES,

Plaintiff,

v

WARDEN ROBERT HOREL,

Defendants.

Case No C 08-4561 RMW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held by phone on September 17, 2012. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☐ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Michael Quinn

☐ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled. Therefore, the status conference in this matter presently set for 9/18/12 is hereby VACATED.

☐ The case has been partially resolved and, on or before ______________________, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on ________________________________________________.

☐ The parties are unable to reach an agreement at this time.

Date: September 18, 2012

Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California