| | |
|---|---|
| 1 | BRUCE L. SIMON (Bar No. 96241) |
|   | bsimon@pswplaw.com |
| 2 | WILLIAM J. NEWSOM (Bar No. 267643) |
|   | wnewsom@pswplaw.com |
| 3 | **PEARSON, SIMON, WARSHAW & PENNY, LLP** |
|   | 44 Montgomery Street, Suite 2450 |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 433-9000 |
| 5 | Facsimile:  (415) 433-9008 |
|   | *Attorneys for Plaintiff Reuben Reyes* |
| 6 | |
|   | KAMALA D. HARRIS |
| 7 | Attorney General of California |
|   | DANIELLE F. O'BANNON |
| 8 | Supervising Deputy Attorney General |
|   | MICHAEL J. QUINN |
| 9 | Deputy Attorney General |
|   | State Bar No. 209542 |
| 10 |  455 Golden Gate Avenue, Suite 11000 |
|   |  San Francisco, CA  94102-7004 |
| 11 |  Telephone:  (415) 703-5726 |
|   |  Fax:  (415) 703-5843 |
| 12 |  E-mail:  Michael.Quinn@doj.ca.gov |
|   | *Attorneys for Defendants Fischer, Harrison, Horel,* |
| 13 | *Terry, Chadwick, and Berkler* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REUBEN J. REYES,** | C 08-4561 RMW (PR) |
|                     Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **WARDEN ROBERT HOREL, et al.,** | |
|                     Defendants. | |

847886.1

STIPULATION AND [] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE(C 08-4561 RMW (PR))

1. The following stipulation requests that under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Settlement Agreement and Full and Final Release of All Claims, the above entitled action shall be dismissed with prejudice as to all Defendants.

## STIPULATION

Pursuant to Civil Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Reuben Reyes and Defendants Horel, Terry, Chadwick, Harrison, Fischer, and Berkler, (collectively, the "Parties") by and through their respective counsel, stipulate and request as follows:

1. WHEREAS, on August 31, 2012, the Parties held a settlement conference before Magistrate Judge Nandor Vadas;

2. WHEREAS, the Parties reached an agreement to settle the case in exchange for a full and final release of all claims;

3. WHEREAS, counsel for the Parties and each of the Parties have agreed to a Settlement Agreement and Full and Final Release of All Claims;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the Settlement Agreement and Full and Final Release of All Claims, the above entitled action shall be dismissed with prejudice as to all Defendants.

847886.1                                   1

STIPULATION AND [] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE (C 08-4561 RMW (PR))

# E-FILING ATTESTATION

By his signature below, and pursuant to General Order 45, counsel for Defendant attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: October 24, 2012       By:   /s/  William J. Newsom
                                    PEARSON, SIMON, WARSHAW & PENNY, LLP

                                    *Attorneys for Plaintiff REUBEN JOSEPH REYES*

Dated: October 24, 2012       By:   /s/  Michael J. Quinn
                                    Deputy Attorney General

                                    *Attorneys for Defendants FISCHER, HARRISON, HOREL, TERRY, CHADWICK, and BERKLER*

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         /s/ Ronald M. Whyte

                               The Honorable Ronald M. Whyte
                               United States District Court Judge

847886.1

2

STIPULATION AND [] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE (C 08-4561 RMW (PR))